UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 8:23-cr-40-VMC-CPT

JIGNESH PURUSHOTTAMBHAI VEKARIA

_____/

**ORDER**

This matter is before the Court on Jignesh Purushottambhai Vekaria's pro se "Motion to Re-Open Sentence" (Doc. # 74) and "Motion Requesting Judicial Notice on Undisputed Allegation of Disparity in Sentencing" (Doc. # 75). Because the motions challenge Vekaria's conviction and sentence, the motions are in essence a motion to vacate under 28 U.S.C. § 2255. However, the Court may not immediately process the motions as a Section 2255 motion.

Castro v. United States, 540 U.S. 375 (2003), instructs that a district court must advise a movant it intends to recharacterize a criminal post-conviction motion as a Section 2255 motion and warn the movant about the consequences of recharacterizing the motion as a motion seeking relief under Section 2255. Therefore, in compliance with the requirements

1

of Castro, the Court advises Vekaria of its intention to recharacterize his motions as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The Court cautions Vekaria that such recharacterization renders these motions and any subsequent Section 2255 motion filed with this Court susceptible to each of the procedural limitations imposed upon Section 2255 motions. Specifically, Vekaria is cautioned that the motions and any subsequent Section 2255 motion shall be subject to the one-year statute of limitations and the successive petition bar applicable to post-conviction motions.

Accordingly, not later than **March 27, 2025,** Vekaria must advise this Court whether he seeks to do one of the following:

1. Proceed under 28 U.S.C. § 2255 on those claims in his motions;

2. Amend his motions to assert any additional claims under 28 U.S.C. § 2255 on which he wishes to challenge the conviction and sentence imposed upon him by this Court; or

3. Withdraw his motions.

Vekaria is cautioned that if he fails to file a timely response in compliance with this order, which requires that he advise the Court that he wishes to do one of the above,

this cause shall proceed as an action under 28 U.S.C. § 2255, with the Court considering only those claims in his original motions.

The Clerk must send a copy of the Court's form used for filing a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 with Vekaria's copy of this order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 25th day of February, 2025.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE